Notice to all attorneys: Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form OCH

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| In Re: Jerry Robert Crawford | Case No.: 10–73330 RN 7 |
| Debtor(s) | Chapter: 7 |

## ORDER FOR DEBTOR(S) TO APPEAR AT CONTINUED MEETING OF CREDITORS

Parties are hereby notified that the meeting of creditors is continued to:

| **DATE:** January 18, 2011 | **TIME:** 09:00 AM |

**LOCATION:** Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612

Dated: 12/23/10

By the Court:

Randall J. Newsome
United States Bankruptcy Judge